**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 26-4533-JFW(KSx)**                                    Date:  July 2, 2026

Title:      Pedro Paulo Mansur Pagano Sampaio -v- Wells Fargo Bank, N.A., et al.

**PRESENT:**
     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

     **Shannon Reilly**                                  **None Present**
     **Courtroom Deputy**                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                               None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR REASONABLE ACCOMMODATION UNDER THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT [filed 5/8/26; Docket No. 31];**

**ORDER TAKING UNDER SUBMISSION PLAINTIFF'S RENEWED MOTION TO REMAND [filed 5/8/26; Docket No. 33];**

**ORDER TAKING UNDER SUBMISSION DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [filed 5/25/26; Docket No. 47];**

**ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO STRIKE DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 47) FOR (1) FAILURE TO COMPLY WITH LOCAL RULE 7-3 AND THE COURT'S STANDING ORDER ¶ 5(b); (2) FILING WITHOUT A GOOD-FAITH MEET-AND-CONFER ON THE NEW MOTION; AND (3) THE PERPETRATION OF MULTIPLE FALSE SWORN STATEMENTS UPON THIS COURT IN VIOLATION OF FEDERAL RULE OF CIVIL PROCEDURE 11(b)(3) [filed 5/26/26; Docket No. 52]; and**

Initials of Deputy Clerk _sr_

**ORDER DENYING AS MOOT PLAINTIFF'S EX PARTE APPLICATION TO DEEM PENDING MOTIONS (ECF NOS. 31, 33, 47, 52) SUBMITTED ON THE PAPERS WITHOUT ORAL ARGUMENT AND TO VACATE THE JULY 6, 2026 HEARING, OR, IN THE ALTERNATIVE, TO CONTINUE THE HEARING, AS A DISABILITY ACCOMMODATION [filed 7/1/26; Docket No. 77]**

Plaintiff's  Motion for Reasonable Accommodation under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, Plaintiff's Renewed Motion to Remand, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and Plaintiff's Motion to Strike Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 47) for (1) Failure to Comply with Local Rule 7-3 and the Court's Standing Order ¶ 5(b); (2) Filing without a Good-Faith Meet-and-Confer on the New Motion; and (3) the Perpetration of Multiple False Sworn Statements upon this Court in Violation of Federal Rule of Civil Procedure 11(b)(3) are currently on calendar for July 6, 2026, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for July 6, 2026, is hereby vacated and the matters are taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

In light of the Court taking these motions under submission, Plaintiff's Ex Parte Application to Deem Pending Motions (ECF Nos. 31, 33, 47, 52) Submitted on the Papers Without Oral Argument and to Vacate the July 6, 2026 Hearing, or, in the Alternative, to Continue the Hearing, as a Disability Accommodation is **DENIED as moot**.  Docket No. 77.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_