**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.    **CV 26-4533-JFW(KSx)**                              Date:  July 2, 2026

Title:        Pedro Paulo Mansur Pagano Sampaio -*v*- Wells Fargo Bank, N.A., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                   None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE RE: SANCTIONS**

      In Defendant Wells Fargo Bank, N.A.'s ("Defendant") Opposition to Plaintiff's Renewed Motion to Remand, Defendant states that "Plaintiff's motion contains multiple AI-hallucinated citations which infect the integrity and honesty of his arguments."  Defendant's Opposition (Docket No. 64), 7:23-24.  In response, Plaintiff Pedro Paulo Mansur Pagano Sampaio ("Plaintiff") filed a Notice of Errata and Correction of citations in Plaintiff's Renewed Motion to Remand ("Notice of Errata").  *See* Docket No. 66.  In his Notice of Errata, Plaintiff neither admits nor denies that he used generative artificial intelligence in drafting his Renewed Motion to Remand.  Instead, Plaintiff simply states that he "has re-checked the remaining citations in the Motion and corrects the record" by "withdrawing" several citations because they either do not exist or they do exist, but do not support the proposition for which Plaintiff has cited them.

      Accordingly, Plaintiff is ordered to show cause, in writing, on or before **July 9, 2026**, why this Court should not impose sanctions on him in the amount of $1,000.00 and/or dismiss this action.  Plaintiff shall file a declaration in support of his response to the order to show cause, which shall address, *inter alia*, whether generative artificial intelligence was used to draft Plaintiff's Renewed Motion to Remand or any other papers filed by Plaintiff, and what actions Plaintiff took to determine that  the propositions of law relied on by Plaintiff were accurate.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.

      IT IS SO ORDERED.

Initials of Deputy Clerk __sr_